So Ordered.

Dated: April 27, 2022



Katherine Maloney Perhach
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 20-25090 |
| CHRISTOPHER D. WARGOLET, | CHAPTER 13 |
| DEBTOR. | JUDGE KATHERINE M. PERHACH |

**ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT REGARDING PROPERTY LOCATED AT 3217 SOUTH 56TH STREET, MILWAUKEE, WI 53219**

On April 19, 2022, the Court held a hearing on the Debtor's Objection to the Motion for Relief from Automatic Stay and Abandonment ("Motion") filed by U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust ("Creditor") with respect to the Debtor's property located at 3217 South 56th Street, Milwaukee, WI 53219 ("the Property"). The Trustee's attorney, Jennifer Marchinowski, the Creditor's attorney, Jon Lieberman, and the Debtor's attorney, Michael Rud, appeared. The parties have reached an agreement resolving the Motion. Accordingly,

**IT IS HEREBY ORDERED:** the Stipulation, which is attached to this order, is approved and the parties are authorized to act in accordance with its terms. The motion is denied subject to the conditions stated in the Stipulation.

**IT IS FURTHER ORDERED:** This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

#####

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

IN RE:                                               CASE NO. 20-25090

CHRISTOPHER D. WARGOLET,           CHAPTER 13

DEBTOR.                                JUDGE KATHERINE M. PERHACH

**STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT REGARDING PROPERTY LOCATED AT 3217 SOUTH 56TH STREET, MILWAUKEE, WI 53219**

NOW COMES U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust ("Movant"), Christopher D. Wargolet ("Debtor"), and Chapter 13 Trustee Rebecca R. Garcia, who hereby stipulate and agree as follows:

1.       The Debtor failed to make certain of the regular monthly payments to Movant; said post-petition payments are currently in default from December 01, 2021 through April 01, 2022 in the amount of $590.01 each, late charges in the amount of $118.00, attorney fees and costs in the amount of $1,238.00, less the suspense amount of $179.92 for a total amount of $4,126.13.

2.       In order to eliminate said post-petition delinquency, the Debtor and Movant agree that the Amended Chapter 13 Plan will be modified so that the arrearage in the amount of $4,126.13 shall be paid through the Plan.

3.       Movant shall file a Supplemental Proof of Claim in the amount of $4,126.13.

4. Debtor shall file an Amended Plan with 30 days of the entry of the Stipulation to provide for the payment of the aforementioned post-petition arrearages through the plan. In addition, the Debtor shall resume regular monthly payments in the amount of $590.01 each. The next monthly payment will be due May 01, 2022.

5. The Movant is provided a 6-month doomsday provision on the regular monthly mortgage payments beginning with the May 01, 2022 payment and continuing through and including October 1, 2022 payment. Should the Debtor fail to timely remit any of said payments or should any of said payments be returned for insufficient funds, Movant may file an affidavit and proposed order and request that the relief requested in its motion for relief from automatic stay and abandonment be granted.

6. Thereafter, Movant shall have the right to renew its Motion via letter to the Court for the remainder of the Plan.

7. Abandonment shall be granted in the event that relief from the automatic stay is granted in the future.

8. The Parties respectfully request the Court to enter the Proposed Order attached hereto.

Submitted and approved by:

DATED: April 22, 2022

/s/ Jon Lieberman
Jon Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com

DATED: 4/25/2022

_____
Michael Rud
ESSERLAW LLC
11805 W. Hampton Avenue
Milwaukee, WI 53225
Phone: 414-461-7000
Fax: 4144618860
Email: nancyl@esserlaw.com
Attorney for Debtor

DATED: April 26, 2022

**Rebecca A Quiroz** Digitally signed by Rebecca A Quiroz
DN: cn=Rebecca A Quiroz, c=US, o=Chapter 13 Trustee, ou=Staff Attorney, email=rebecca@ch13oshkosh.com
Date: 2022.04.26 08:40:16 -05'00'

Rebecca R. Garcia
PO Box 3170
Oshkosh, WI 54903-3170
Phone: 920-231-2150
Fax: 920-231-5713
Email: filings@ch13oshkosh.com
Chapter 13 Trustee